**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| EUGENE FALASCO, | : No. 126 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| WILBERT F. O'DELL, III AND SUZANNE | : |
| R. O'DELL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.